TODD BLANCHE
Deputy Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney
District of Nevada
Nevada Bar Number 8264

SUMMER A. JOHNSON
Assistant United States Attorney
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
Phone: (702) 388-6336
Fax: (702) 388-6787
Summer.Johnson@usdoj.gov

*Attorneys for the Federal Respondents*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Ali Mohammadi,<br><br>　　　　　Petitioner,<br>　　v.<br><br>KRISTI NOEM, in her official capacity as Secretary of the Department of Homeland Security; TODD LYONS, in his official capacity as Acting Director of Immigration and Customs Enforcement; THOMAS E. FREELEY, in his official capacity as ICE Field Officer Director; JOHN DOE in his official capacity as the warden of the Henderson Detention Facility; PAMELA BONDI, in her official capacity as the United States Attorney General; The Executive Office for Immigration Review United States Immigration and Customs Enforcement,<br><br>　　　　　Respondents. | Case No. 2:26-cv-00032-GMN-EJY<br><br>**Order Granting Joint Stipulation for Extension of Time for Federal Respondents to File a Response to the Petition for Writ of Habeas Corpus (ECF No. 1)**<br><br>**(First Request)** |

Petitioner Ali Mohammadi ("Petitioner") and Federal Respondents Kristi Noem, Todd Lyons, Thomas E. Freeley, Pamela Bondi, Executive Office for Immigration Review and United States Immigration and Customs Enforcement ("Federal Respondents"), through undersigned counsel, hereby submit this Stipulation for an extension of time for Federal Respondents to file a response to the Petition for Writ of Habeas Corpus ("Petition"), ECF No. 1. At present Federal Respondents' response to the Petition is

January 22, 2026. On January 15, 2026, Federal Respondents conferred with Petitioner's counsel regarding an extension of time to respond to the Petition. Petitioner's counsel agreed to a seven-day extension, extending the deadline to January 29, 2026. This is the first request for an extension.

Accordingly, the parties respectfully request that the Court approve this stipulation and extend the deadline for Federal Respondents to file a response to the Petition from January 22, 2026, to January 29, 2026. This request is made in good faith and not for the purpose of delay.

Respectfully submitted this 15th day of January 2026.

CONTIGO LAW

/s/ Alec S. Bracken
ALEC S. BRACKEN (USB 17178)
PO BOX 249
Midvale, Utah 84047
Phone: 801-980-9430
Email: alec@contigo.law
Attorneys for Petitioner

TODD BLANCHE
Deputy Attorney General of The United States
SIGAL CHATTAH
First Assistant United States Attorney

/s/ Summer A. Johnson
SUMMER A. JOHNSON
Assistant United States Attorneys

DATED this ___15__ day of January, 2026.

_____
Gloria M. Navarro, District Judge
United States District Court

2